People v Dunn (2025 NY Slip Op 05597)

People v Dunn

2025 NY Slip Op 05597

Decided on October 10, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 10, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, GREENWOOD, AND KEANE, JJ.

719 KA 22-00630

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JAMES DUNN, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

KEEM APPEALS, PLLC, SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR DEFENDANT-APPELLANT.
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (DAVID D. BASSETT OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Onondaga County Court (Stephen J. Dougherty, J.), rendered March 31, 2022. The appeal was held by this Court by order entered July 26, 2024, decision was reserved and the matter was remitted to Onondaga County Court for further proceedings (229 AD3d 1227 [4th Dept 2024]). The proceedings were held and completed. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Dunn ([appeal No. 1] — AD3d — [Oct. 10, 2025] [4th Dept 2025]).
Entered: October 10, 2025
Ann Dillon Flynn
Clerk of the Court